B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>BEAUMONT DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nationwide Steel Fabricators, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Postel Industries, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **76-0250560** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**4778 S. FM 1988**<br><br>**LIVINGSTON, TX**   ZIP CODE **77351** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**POLK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Same**   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:   Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.8.1, ID 3512700634)*

Case 15-90264   Doc 1   Filed 09/29/15   Entered 09/29/15 13:52:35   Desc Main
Document      Page 2 of 11

B1 (Official Form 1) (04/13)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Nationwide Steel Fabricators, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                                         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                 _____
                                    (Name of landlord that obtained judgment)

                                 _____
                                             (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.8.1, ID 3512700634)*

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Nationwide Steel Fabricators, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X  **/s/ Charles E. Long**<br>   **Charles E. Long**        Bar No. **12514700**<br><br>**Cage, Hill & Niehaus L.L.P.**<br>**5851 San Felipe, Suite 950**<br>**Houston, TX 77057**<br><br>Phone No. **(713) 789-0500**    Fax No. **(713) 974-0344**<br><br>9/29/2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**Nationwide Steel Fabricators, Inc.**<br><br>X  **/s/ Danny W. Lucas**<br>Signature of Authorized Individual<br><br> **Danny W. Lucas**<br>Printed Name of Authorized Individual<br><br> **President**<br>Title of Authorized Individual<br><br> **9/29/2015**<br>Date | _____<br>Address<br>X_____<br><br>_____<br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:   **Nationwide Steel Fabricators, Inc.**                             CASE NO

                                                                                                       CHAPTER   **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/29/2015                                            Signature  /s/ Danny W. Lucas
                                                                                 *Danny W. Lucas*
                                                                                 *President*

Date  _____                    Signature  _____

```
Angelo Parrish
10200 Richmond, Suite 255
Houston, TX   77042



Archer Western Contractors, L.L.C., et a
5755 Kelley Lane
Las Vegas, NV   89119



Brasfield & Gorrie, L.L.C.
1300 Post Oak Blvd. Suite 1300
Houston, TX   77056



Copeland Express, Inc.
5826 Shelburne
Humble, TX   77396



David R. Johnson, Esq.
Wait, Tieder, Hoffar & Fitzgerald, LLP
3996 Howard Hughes Parkway, Suite 400
Las Vegas, NV   89169



David Weicht
525 William Penn Place, 30th Floor
Pittsburgh, PA   15219



DCK/TTEC L.L.C.
707 Richards St., #410
Honolulu, HI   96813



Federal Ins. Company
15 Mountainview Rd.
Warren, NJ   07059



Jared M. Sechrist
3996 Howard Hughes Parkway, Suite 400
Las Vegas, NV   89169
```

```
Kurt C. Faux
The Faux Law Group
1540 W. Warm Springs Road, #100
Henderson, NV   89014



Mark L. Ellison
2211 Norfolk, Suite 510
Houston, TX   77098



Montgomery County
400 N. San Jacinto
Conroe, TX   77301-2823



Nathanael R. Rulis
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, NV   89169



People's United Equipment Finance Corp.
Assignee
c/o Robert Grawl, Jr.
1300 Post Oak Blvd., Suite 1300
Houston, TX   77056

Postel Holdings, L.L.C.
11210 Steeplecrest, #260
Houston, TX   77065



Richard F. Scotti, Esq.
Kemp, Jones & Couthard
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, NV   89169

Ryan O. Hemminger
525 William Penn Place, 30th Floor
Pittsburgh, PA   15219



Spencer H. Gunnerson
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV   89169
```

Steve M. Williard, Esq.
The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 270
Houston, TX  77007


The Erection Company, Inc.
17415 51st Ave. NE
Arlington, WA  98223


Todd W. Weideman
10250 Regency Circle, Suite 525
Omaha, NE  68114


Travelers Casualty & Surety Co. et al.
One Tower Square
Hartford, CT  06183


Walsh Construction Company LLC
929 W. Adams St.
Chicago, IL  60607


Willi H. Siepmann, Esq.
The Faux Law Group
1540 W. Warm Springs Road #100
Henderson, NV  89014

*Charles E. Long, Bar No. 12514700*
*Cage, Hill & Niehaus L.L.P.*
*5851 San Felipe, Suite 950*
*Houston, TX 77057*
*(713) 789-0500*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*EASTERN DISTRICT OF TEXAS*
*BEAUMONT DIVISION*

In re:  Case No.:
**Nationwide Steel Fabricators, Inc.**   SSN: __76-0250560__
_____  SSN: _____
Debtor(s)

## Numbered Listing of Creditors

Address:
**4778 S. FM 1988**   Chapter:   **7**

**LIVINGSTON, TX 77351**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1. Angelo Parrish<br>10200 Richmond, Suite 255<br>Houston, TX  77042 | Unsecured Claim | $0.00 |
| 2. Archer Western Contractors, L.L.C., et a<br>5755 Kelley Lane<br>Las Vegas, NV  89119 | Unsecured Claim | |
| 3. Brasfield & Gorrie, L.L.C.<br>1300 Post Oak Blvd. Suite 1300<br>Houston, TX  77056 | Unsecured Claim | |
| 4. Copeland Express, Inc.<br>5826 Shelburne<br>Humble, TX  77396 | Unsecured Claim | $6,933.78 |
| 5. David R. Johnson, Esq.<br>Wait, Tieder, Hoffar & Fitzgerald, LLP<br>3996 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV  89169 | Unsecured Claim | $0.00 |
| 6. David Weicht<br>525 William Penn Place, 30th Floor<br>Pittsburgh, PA  15219 | Unsecured Claim | $0.00 |

in re: **Nationwide Steel Fabricators, Inc.**

Debtor                                                                                       Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. DCK/TTEC L.L.C.<br>707 Richards St., #410<br>Honolulu, HI  96813 | Unsecured Claim | $2,378,563.00 |
| 8. Federal Ins. Company<br>15 Mountainview Rd.<br>Warren, NJ  07059 | Unsecured Claim | $0.00 |
| 9. Jared M. Sechrist<br>3996 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV  89169 | Unsecured Claim | $0.00 |
| 10. Kurt C. Faux<br>The Faux Law Group<br>1540 W. Warm Springs Road, #100<br>Henderson, NV  89014 | Unsecured Claim | $0.00 |
| 11. Mark L. Ellison<br>2211 Norfolk, Suite 510<br>Houston, TX  77098 | Unsecured Claim | $0.00 |
| 12. Montgomery County<br>400 N. San Jacinto<br>Conroe, TX  77301-2823 | Unsecured Claim | $84,750.96 |
| 13. Nathanael R. Rulis<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, NV  89169 | Unsecured Claim | $0.00 |
| 14. People's United Equipment Finance Corp.<br>Assignee<br>c/o Robert Grawl, Jr.<br>1300 Post Oak Blvd., Suite 1300<br>Houston, TX  77056 | Unsecured Claim | $4,245,837.76 |
| 15. Postel Holdings, L.L.C.<br>11210 Steeplecrest, #260<br>Houston, TX  77065 | Unsecured Claim | $2,093,738.00 |

in re: **Nationwide Steel Fabricators, Inc.**
_____
Debtor                                     Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Richard F. Scotti, Esq.<br>Kemp, Jones & Couthard<br>3800 Howard Hughes Parkway<br>Seventeenth Floor<br>Las Vegas, NV 89169 | Unsecured Claim | $0.00 |
| 17. Ryan O. Hemminger<br>525 William Penn Place, 30th Floor<br>Pittsburgh, PA 15219 | Unsecured Claim | $0.00 |
| 18. Spencer H. Gunnerson<br>3800 Howard Hughes Pkwy, 17th Floor<br>Las Vegas, NV 89169 | Unsecured Claim | $0.00 |
| 19. Steve M. Williard, Esq.<br>The Williard Law Firm, L.P.<br>1920 N. Memorial Way, Suite 270<br>Houston, TX 77007 | Unsecured Claim | $0.00 |
| 20. The Erection Company, Inc.<br>17415 51st Ave. NE<br>Arlington, WA 98223 | Unsecured Claim | |
| 21. Todd W. Weideman<br>10250 Regency Circle, Suite 525<br>Omaha, NE 68114 | Unsecured Claim | $0.00 |
| 22. Travelers Casualty & Surety Co. et al.<br>One Tower Square<br>Hartford, CT 06183 | Unsecured Claim | |
| 23. Walsh Construction Company LLC<br>929 W. Adams St.<br>Chicago, IL 60607 | Unsecured Claim | $2,712,226.12 |
| 24. Willi H. Siepmann, Esq.<br>The Faux Law Group<br>1540 W. Warm Springs Road #100<br>Henderson, NV 89014 | Unsecured Claim | $0.00 |

in re: **Nationwide Steel Fabricators, Inc.**

Debtor                                                                                           Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

**DECLARATION**

I, **Nationwide Steel Fabricators, Inc.**                                                                 ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,* consisting of __4__ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: **/s/ Danny W. Lucas**                                    Date: 9/29/2015
**Danny W. Lucas**
**President**